UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ANDREW FUSCO,                    )<br>                                  )<br>          Petitioner,            )   Case No. SACV 12-1742 RGK (AJW)<br>                                  )<br>     v.                           )<br>                                  )   ORDER ACCEPTING REPORT AND<br>JEFFREY A. BEARD,                 )   RECOMMENDATION OF<br>                                  )   MAGISTRATE JUDGE<br>          Respondent.             )<br>_____  ) | |

   The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de_ _novo_ determination of the portions to which objections were directed.

   DATED: June 11, 2014

                                   _____
                                   R. Gary Klausner
                                   United States District Judge