UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ANDREW FUSCO, | Case No. SACV 12-1742-RGK(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| JEFFREY A. BEARD, SECRETARY OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: June 11, 2014

_____
R. Gary Klausner
United States District Judge